UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLGA PROKAZOVA, | Case No. 2:25-cv-00365-JHC |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice.

//

//

//

//

STIPULATED MOTION TO DISMISS & ORDER
[Case No. 2:25-cv-00365-JHC] - 1

DATED this 5th day of June, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3800
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

**I certify that this memorandum contains 19 words, in compliance with the Local Civil Rules.**

*s/ Olga Prokazova*
OLGA PROKAZOVA
11701 100TH Avenue NE, Unit 4
Kirkland, Washington 98034
Phone: 206-227-9957
Email: oprokazova@gmail.com
*Pro Se Plaintiff*

## ORDER

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 5th day of June, 2025.

JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO DISMISS & ORDER
[Case No. 2:25-cv-00365-JHC] - 2